# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137707

JONATHON K. FISK,
               Plaintiff-Appellee,

v

D&T TOOL & MACHINES, INC., and
EMPLOYERS MUTUAL CASUALTY
COMPANY,
               Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137707
COA: 286470
WCAC: 07-000156

      On order of the Court, the application for leave to appeal the October 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

0217

_____
Clerk